IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| LILLY LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-2524-MI An |
| | ) | JURY DEMANDED |
| MEMPHIS FINANCIAL SERVICES, WORLDWIDE MORTGAGE CORPORATION, NOVASTAR MORTGAGE, EQUITY TITLE AND ESCROW CO. OF MEMPHIS, LLC, URSULA JONES, CARY CALIFF, and ERRIKA GORDON, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING EXTENSION OF TIME TO NOVASTAR MORTGAGE, INC. WITHIN WHICH TO FILE A RESPONSIVE PLEADING

THIS CAUSE came on to be heard upon the written motion of NovaStar Mortgage, Inc., ("NovaStar") for an extension up to and including September 16, 2005, within which to file a responsive pleading in this matter.

It appearing to the Court that plaintiff's counsel consents to the motion and that the motion should be granted;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant, NovaStar Mortgage, Inc. be, and is hereby, granted an extension through September 16, 2005, to file a responsive pleading in this matter.

_S. Thomas Anderson_ USMJ
U.S. DISTRICT JUDGE

DATE: _August 24, 2005_

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _8-24-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02524 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT