FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 24 PM 3: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| LILLY LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No.: 05-2524 |
| | ) | |
| MEMPHIS FINANCIAL SERVICES, | ) | |
| WORLDWIDE MORTGAGE CORPORATION, | ) | |
| NOVASTAR MORTGAGE, EQUITY TITLE | ) | |
| AND ESCROW CO. OF MEMPHIS, LLC, | ) | |
| URSULA JONES, CARY CALIFF, | ) | |
| ERRIKA GORDON, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS EQUITY TITLE AND ESCROW CO. OF MEMPHIS, LLC, URSULA JONES, AND CARY CALIFF FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Before the Court is the Unopposed Motion of Defendants, Equity Title and Escrow Co. of Memphis, LLC, Ursula Jones, and Cary Califf for an Extension of Time to Respond to the Complaint. The Court hereby finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants Equity Title and Escrow Co. of Memphis, LLC, Ursula Jones, and Cary Califf, shall have through and including August 25, 2005 in which to move, plead or otherwise respond to the Complaint.

IT IS SO ORDERED this 24th day of August, 2005.

S. Thomas Anderson USMJ
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-25-05

5109829.1

Case 2:05-cv-02524-BBD-tmp   Document 11   Filed 08/24/05   Page 2 of 2    PageID 4

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02524 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT