FILED BY

FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

OCT 17 2005

AFTER HOURS DEPOSIT
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

| | | |
|---|---|---|
| LILLY LEWIS, | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | No. 05-2524 D/An |
| | * | |
| MEMPHIS FINANCIAL SERVICES et al., | * | |
| | * | |
| **Defendants.** | * | |

FILED BY ___ D.C.
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS
05 OCT 19 AM 7: 03

## PLAINTIFF'S MOTION TO EXTEND TIME
## TO RESPOND TO MOTION TO DISMISS

COME NOW the Plaintiff, by and through her counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an extension of time within which to file a response to the Motion to Dismiss filed by Defendant Novastar. Plaintiff avers that it will take additional time to draft a response to the Motion. Plaintiffs are requesting an extension until October 21, 2005.

In support of the Motion, the Plaintiff relies upon her Memorandum in Support of her Motion to Extend Time and the Certificate of Consultation, filed contemporaneously herewith.

WHEREFORE, Plaintiff moves this Court for an extension of time, until October 21, 2005, within which to file a response to the Motion to Dismiss filed by Defendants.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

**MOTION GRANTED**
DATE: _10/18/2005_

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

31

Dated: October 17, 2005.

Respectfully submitted,

Webb A. Brewer # 9030
Sapna V. Raj # 19679
Counsel for Plaintiffs
Memphis Fair Housing Center
Memphis Area Legal Service, Inc.
109 N. Main St. Suite 201
Memphis, TN  38103
(901) 432-4663

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Extension of Time was served by regular United States Mail this the 17th day of October 2005, on the following:

Evan Nahmias
McDonald Kuhn
Pembroke Square
119 South Main St. Suite 400
Memphis, TN 38103

Roscoe Porter Feild
Burch, Porter, & Johnson
130 N. Court Avenue
Memphis, TN 38103

Bruce Alexander
Weiner, Brodsky, Sidman, Kider, P.C.
1300 19th Street, N.W. 5th Floor
Washington, D.C. 20036

Mary Katherine Hovious
John S. Golwen
Bass Berry & Sims
100 Peabody Place, Suite 900
Memphis, TN 38103

Virginia Bozeman
Timothy Hayes
The Hardison Law Firm
119 South Main, Suite 300
Memphis, TN 38103

Sapna V. Raj

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CV-02524 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT