IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LILLY LEWIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO.: 05-2524 Ml/An |
| MEMPHIS FINANCIAL SERVICES et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER STRIKING RULE 16(b) SCHEDULING ORDER

On October 12, 2005, the Court signed the Defendants' Proposed Rule 16(b) Scheduling Order. The Court was under the mistaken impression that this proposed order was a joint order approved by counsel for all parties. However, Plaintiff later submitted her own Proposed Rule 16(b) Scheduling Order to the Court. Upon consideration of both proposed orders, the Court has concluded that the deadlines set forth in the Plaintiff's Proposed Rule 16(b) Scheduling Order are more appropriate.

**THEREFORE, IT IS ORDERED** that the Scheduling Order entered on October 12, 2005, (D.E. # 27) be stricken from the record.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 19, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CV-02524 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Honorable Bernice Donald
US DISTRICT COURT