UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 29 AM 7:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

LILLY LEWIS,

    Plaintiff,

v.

NO: 05-2524 MI-An

MEMPHIS FINANCIAL SERVICES,
WORLDWIDE MORTGAGE CORPORATION,
NOVASTAR MORTGAGE, EQUITY TITLE
AND ESCROW CO. OF MEMPHIS, LLC,
URSULA JONES, CARY CALIFF,
ERRIKA GORDON,

    Defendants.

---

### ORDER ON MOTION OF EVAN NAHMIAS, LOYS A JORDAN AND THE LAW FIRM OF MCDONALD KUHN, PLLC TO WITHDRAW AS COUNSEL FOR MEMPHIS FINANCIAL SERVICES AND WORLDWIDE MORTGAGE CORP.

CAME, Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC ("Movants") and moved this Court for an Order permitting their withdraw from representation and relief from any further responsibility for the Defendants, Memphis Financial Services, Inc. and Worldwide Mortgage Corporation ("Defendants").

THE MOTION IS WELL TAKEN.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

THEREOFRE, IT IS ORDERED THAT Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC are released from representing Defendants, Worldwide Mortgage Corporation, and Memphis Financial Services, Inc., and they are relieved of any future obligation in this matter.

Dated this **21** day of December, 2005.

Judge: *[signature]*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:05-CV-02524 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Honorable Bernice Donald
US DISTRICT COURT